

In The

# Court of Appeals
## Seventh District of Texas at Amarillo

_____

No. 07-11-0463-CV
_____

ACG TEXAS, L.P. D/B/A INTERNATIONAL HOUSE OF PANCAKES, ACG TEXAS
GENERAL PARTNERSHIP, LLC, ACG 1337, L.P. D/B/A IHOP #1337, ACG TEXAS GP
CORP., AND IHOP A/K/A INTERNATIONAL HOUSE OF PANCAKES, APPELLANTS

V.

WANDA BRISCOE, STEVE CARPENTER, MARY CLEMENT, DANA HODGE,
LUCILLE JEFFRIES, PHILLIP LAMONTAGNE, JAN MASSEY,
JERRY MONTGOMERY, LATRELL PRITCHETT, AND RAYMOND JEFFREY REED,
APPELLEES

On Appeal from the 320th District Court
Potter County, Texas
Trial Court Cause No. 98,563-D

# MEMORANDUM OPINION

Before CAMPBELL and PIRTLE, JJ. and BOYD, S.J.[1]
Opinion by Justice Pirtle

February 19, 2013

Pending before this Court is Appellants' *Unopposed Motion to Dismiss Appeal.*

Without passing on the merits of the case, the motion is granted and the appeal is

---

[1]John T. Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment. TEX. GOV'T CODE
ANN. § 75.002(A)(1) (WEST 2005).

dismissed. TEX. R. APP. P. 42.1(a)(1). Per the parties' request, costs are taxed against the party incurring them. *Id.* at 42.1(d). Having dismissed the appeal at the request of all parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Patrick A. Pirtle
Justice